### Lavada M. Pillo, Appellee, v. Francis M. Pillo, Appellant.

APPEALS AND ERRORS—*when finding of chancellor not disturbed.*
Where the evidence is close and conflicting, and the Appellate
Court cannot say that the finding of a chancellor was manifestly
contrary to the evidence, such finding will not be disturbed.

Separate maintenance. Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding.
Heard in this court at the May term, 1908. Affirmed. Opinion filed
November 17, 1908.

ALBERT SALZENSTEIN, for appellant.

GRAHAM & GRAHAM, for appellee.

MR. PRESIDING JUSTICE PUTERBAUGH delivered the
opinion of the court.

This is an appeal from a decree for separate maintenance rendered upon a bill filed by appellee against
appellant.   The issue of fact as to whether or not
appellee was living separate and apart from appellant,
her husband, without her fault, was submitted to a
jury and a verdict returned in the affirmative.   The
evidence is in close conflict and we cannot say that
such finding, which was approved by the chancellor,
was manifestly contrary to the evidence, nor that under the evidence as to appellant's financial status the
amount allowed by the chancellor as alimony was
grossly excessive.

The decree of the Circuit Court is affirmed.

*Affirmed.*